B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Lora Lynn Lowry                          ,            Case No.  16-24774-CMB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust V | Citibank, N.A., as trustee for CMLTI Asset Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o DWALDMANLAW, P.C.
P.O Box 5162
Largo, FL 33779
Phone:  (844) 899-4162
Last Four Digits of Acct #:    8028

Court Claim # (if known):     4
Amount of Claim:    $58,278.62
Date Claim Filed:    05/08/2017

Phone:  312 780 0011
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
FCI Lender Services
PO Box. 27370,
Anaheim Hills, CA 92809
Phone:  714-282-2424
Last Four Digits of Acct #:    8028

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Kathryn Wakefield                     Date: 12/15/2017
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th Day of December 2017, I served a copy of the foregoing by regular U.S. Mail or the Court's CM/ECF system to the following parties listed on the below service list:

## SERVICE LIST

**Residential Credit Opportunities Trust V**
c/o Kathryn Wakefield, Esq.
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
damian@dwaldmanlaw.com
bankrutcy@dwaldmanlaw.com
service@dwaldmanlaw.com

**Lora Lynn Lowry**
1235 Sheffield Street
Pittsburgh, PA 15233

**Lora Lynn Lowry**
c/o **Franklin L. Robinson, Jr.**
5907 Penn Avenue, Suite 212
Pittsburgh, PA 15206
Email: frobi69704@aol.com

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Residential Credit Opportunities Trust V

Signature: *Kathryn Wakefield*
Kathryn M. Wakefield, Esq., ID #85395
DWALDMANLAW, P.C.
4900 Carlisle Pike, #182

Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Primary Email: kathryn@dwaldmanlaw.com
Email: paforeclosures@dwaldmanlaw.com
Attorney for Plaintiff